IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

BRENDA JOYCE LOWERY,          )
                              )
    Plaintiff,                )
                              )
v.                            )         CV 106-090
                              )
RONALD STRENGTH, Sheriff, et. al., )
                              )
    Defendants.               )

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, Defendants' motion for sanctions is **GRANTED IN PART**. Plaintiff should pay Defendants' attorneys' fees and expenses generated by Defendants' attempts to gain discovery information and the preparation of the resultant motion for sanctions.[1]

This Court has noted a disturbing pattern by Plaintiff of disregarding the orders of this Court and otherwise engaging in misconduct. This Court has a number of tools at its

---

[1]The Court notes that Defendants have filed their motion for attorneys fees (doc. no. 112), accordingly, Plaintiff shall have fifteen (15) days from the date of this Order to respond to that filing.

disposal to address misconduct and will use its powers if such conduct continues. <u>Plaintiff's failure to comply with this Order or any other Order of this Court may result in the outright dismissal of this case.</u>

SO ORDERED this 24th day of October, 2008, at Augusta, Georgia.

J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA