AO 450 (GAS Rev 10/03)Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

BRENDA JOYCE LOWERY,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV106-90

RONALD STRENGTH, Sheriff; GENE JOHNSON, Captain; KEN ROGERS, Investigation,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Court's Order of March 4, 2009, granting Defendants' Motion for Summary Judgment; denying Plaintiff's Motion for Immediate Judgment Formalized as a Summary Judgment; Judgment is entered in favor of Defendants, RONALD STRENGTH, GENE JOHNSON, and KEN RODGERS; and against Plaintiff, BRENDA JOYCE LOWERY; and this case stands closed.

03/04/09
Date

Scott L. Poff
Clerk

(By) Deputy Clerk

GAS Rev 10/1/03